■ CARL FELDMAN et al., Respondents, v LAMPARELLI CONSTRUCTION COMPANY, INC., et al., Appellants. [963 NYS2d 905]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered June 5, 2012. The order, insofar as appealed from, denied in part the cross motion of defendants for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 1, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Lindley and Whalen, JJ.